# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 3, 2005

128089

SCOTT J. GRADY,
        Plaintiff-Appellee,

v

CARAMAGNO FOODS COMPANY and
AMERICAN COMPENSATION INSURANCE
COMPANY,
        Defendants-Appellees,
and

ACCIDENT FUND INSURANCE COMPANY
OF AMERICA,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128089
COA: 256920
WCAC: 03-000305

On order of the Court, the application for leave to appeal the January 13, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would remand this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 3, 2005

t1031

_____
Clerk